JONATHAN MCNEIL WONG, #112224
jmwong@donahue.com
DONAHUE FITZGERALD LLP
Attorneys at Law
1999 Harrison Street, 26th Floor
Oakland, California  94612-3520
Telephone:   (510) 451-3300
Facsimile:    (510) 451-1527

Attorneys for Defendant
PORT OF OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT DYTCH,<br><br>             Plaintiff,<br><br>       v.<br><br>BROTZEIT-LOKAL LLC; PORT OF OAKLAND; OAKLAND MARINAS, L.P.,<br><br>             Defendants. | Case No.  3:19-cv-05606 SK<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE ACTION** |

IT IS HEREBY STIPULATED by and between plaintiff ALBERT DYTCH on the one hand, and defendants BROTZEIT-LOKAL LLC; CITY OF OAKLAND, A MUNICIPAL CORPORATION ACTING BY AND THROUGH ITS BOARD OF PORT COMMISSIONERS (sued herein as "Port of Oakland") and OAKLAND MARINAS, L.P., on the other hand, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety, each party to bear its own attorneys' fees and costs.

IT IS SO STIPULATED.

Dated: October 12, 2020         MOORE LAW FIRM, P.C.

By: */s/ Tanya E. Moore*
    Tanya E. Moore
    Attorneys for Plaintiff
    ALBERT DYTCH

Dated: October 12, 2020         DONAHUE FITZGERALD LLP

By: */s/ Jonathan McNeil Wong*
    Jonathan McNeil Wong
    Attorneys for Defendant
    PORT OF OAKLAND

Dated: October 14, 2020         SACK ROSENDIN, LLP

By: */s/ Dana Sack*
    Dana Sack
    Attorneys for Defendant
    BROTZEIT-LOKAL, LLC

Dated: October 12, 2020         BUCKNER, ROBINSON & MIRKOVICH

By: */s/ Catherine J. Weinberg*
    Catherine J. Weinberg
    Attorneys for Defendant
    OAKLAND MARINAS, L.P.